# Court of Appeals of the State of Georgia

ATLANTA, _July 06, 2026_

*The Court of Appeals hereby passes the following order:*

## A26A2127. ERIKA RIVERA PADILLA et al. v. WHISPERING CREEKS HOMEOWNERS ASSOCIATION, INC.

Whispering Creeks Homeowners Association, Inc. ("Whispering Creeks") sued Erika Rivera Padilla and Maria Elena Echeverria Novillo ("defendants") to collect past-due homeowners association assessments, late fees, attorney's fees, and interest. The trial court granted Whispering Creeks's motion for summary judgment and entered judgment in its favor in the total amount of $6,583.65. Defendants then filed a notice of appeal. We, however, lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Pathfinder Payment Solutions v. Global Payments Direct*, 344 Ga. App. 490, 490–91 (810 SE2d 653) (2018). "Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $ 10,000 or less, an application for discretionary appeal is required." *Thompson v. Salacoa Highland Prop. Owners' Ass'n*, 295 Ga. App. 478, 480 (672 SE2d 448) (2009) (quotation marks omitted). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

The defendants' failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/06/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*